RECEIVED
AUG 10 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

August 8, 2015

4:15-CR-151-8

Dear Sir:

I am asking for immediate removal of HENRY CLARK, the appointed lawyer for my son, Jerry Curry.

He has been moved from Weatherford after I explained his medical condition, to I think, FCI in Fort Worth.

My daughter Jill Jones, has also asked for ~~his~~ Henry Clarks removal.

A short phone call from my son, said "I do not want to see him again, please write the judge and the lawyer." So I am.

Things seem to be going very wrong.

Thank you
Annette Curry
2912 Field Street
Fort Worth TX 76117
817.832.5050

/s/ Annette Curry

Also, at his hearing on June 19, I was present and not asked to speak. Others were allowed by their lawyer to speak for their client. I was not. Lawyer did nothing. Also, I was the one to report his leg, not the lawyer

THIS LETTER IS FROM ME, ANNETTE CURRY, THE MOTHER OF JERRY LELAND CURRY WHO IS A GOOD PERSON, RAISED IN A CHRISTAIN FAMILY WITH A FATHER, MOTHER, ONE BROTHER AND ONE SISTER.

JERRY HAS BEEN DISABLED FOR ALMOST FIVE YEARS NOW. HE HAS A BLOOD CLOT IN HIS LEG AND HAS MANY HOSPITAL STAYS, EMERGENCY ROOM VISITS AND MEDICATIONS. COUMADIN AND BLOOD PRESSURE MEDICINE.

WE HAVE THOUSANDS OF HOSPITAL BILLS AND DOCTOR BILLS PLUS I PURCHASE HIS MEDICATIONS.

AFTER SOME TIME, WITH NO HELP, WE CONTACTED JIM ADLER AND ASSOCIATES FOR HELP. THEY APPLIED FOR SSI AND HAD ALL THE BILLS IN HAND. A HEARING WAS FINALLY HELD, WITH JERRY AND THE LAWYER PRESENT BEFORE THE JUDGE ON OCTOBER 29, 2015. THE LAWYER SAID THINGS WENT WELL BECAUSE THE LADY REPRESENTING ANY JOBS HE COULD DO, ANSWERED NO TO EVERY QUESTION FROM THE JUDGE. HE CANNOT SIT FOR LONG PERIODS OF TIME, STAND FOR LONG PERIODS OF TIME AND HAS TO HAVE HIS BLOOD CHECKED AND ADJUSTED ON A REGULAR BASIS AT JOHN PETER HOSPITAL.

AFTER SOME TIME OF WAITING, THE SSI WAS DENIED AND WE RECEIVED AN UNFAVORABLE NOTI CE. RECEIVED THIS LETTER JANUARY 27, 2015. PROCESS IS SLOW AND VERY SAD. AT PRESENT, JIM ADLER AND ASSOCIATES HAVE APPEALED AND WE ARE FACING ANOTHER LONG WAIT.

HE LIVES WITH ME AND I NEED HIM AND HE NEEDS ME, I AM 78 YEARS OLD AND HAVE HAD SEVERAL SURGERIES AND FACE MORE. I NEED HIM.

I HAVE HAD SOME TROUBLE WHILE HE HAS BEEN PLACED IN THE JAIL AT WEATHERFORD. UPON VISITING HIM, HIS LEG WAS VERY SWOLLEN AND RED AND HE SAID HE HAD ONLY SEEN THE NURSE PRACTICE PERSON ONLY TWICE. HIS LEG WAS SWOLLEN AND RED, HAD BIG RED SPLOTCHES AND WAS VEY PAINFUL. HE HAD MISSED HIS BLOOD CHECK AT JOHN PETER SMITH AND I TOLD THE LAWYER AND ALSO I TALKED WITH A CHAD AT THE US MARSHALS OFFICE AND DISCUSSED THIS WITH BOTH. CHAD SAID HE WAS GETTING TREATMENT, I AGAIN TOLD HIM ABOUT HIS LEG AND IF THE RED SPOTS TURN BLACK, AND THE

Guskery

CIRCULATION STOPS, HIS LEG WILL HAVE TO BE REMOVED AND THAT IS THEIR RESPONSIBILITY ALONG WITH GETTING HIM GETTING HIT UNPROVOKED, THERE IS A VIDEO OF THIS AT THE JAIL, HE NEEDS TO SEE A EYE DOCTOR AND IF HE WAS AT HOME, I WOULD HAVE HIM IN THE HOSPITAL.

HE NEEDS HIS BLOOD CHECKED REGULARLY AND HIS MEDICATION, BLOOD THINNER ADJUSTED REGULARLY, SOMETIMES A SHOT IN HIS STOMACH.

HE IS UNABLE TO WORK, LIVES WITH ME AND HE IS A GOOD PERSON.  HE HAS WORKED HARD ALL HIS LIFE UNTIL THIS BLOOD CLOT HAPPENED.  HE ALSO HAS MEDICAL RECORDS THAT HAVE BEEN ASKED FOR NOTHING DONE ABOUT THIS SO FAR.  OVER 30 DAYS NOW.

THE DOCTORS SAY HE MAY LIVE SEVERAL YEARS OR COULD BE 5 MINUTES IF THE BLOOD CLOT BREAKS LOOSE AND GOES TO HIS HEART OR LUNGS.  THAT IS WHY IT IS SO IMPORTANT TO KEEP WATCH ON HIS BLOOD.  SOMETIMES HE HAS TO LAY DOWN AND KEEP HIS LEG ELEVATED.

I AM ASKING FOR CONSIDERATION AND HELP.  HE IS A GOOD PERSON AND NOT A LIAR.  HE NEEDS TO SPEND THE REST OF HIS LIFE WITH ME.

ON A PERSONAL NOTE, I AM A PAST GRAND MATRON OF THE GRAND CHAPTER OF TEXAS.  RETIRED FROM BELL HELICOPTER AFTER 30 YEARS.  I LIVE ON THIS AND SOCIAL SECURITY.  I AM A WIDOW SINCE JANUARY 2001 AFTER A MARRIAGE OF 43 YEARS.  WE ARE GOOD HONEST PEOPLE.

ALSO I HAVE HAD SEVERAL CANCERS ON MY FACE AND BODY.  MOST RECENTLEY CUTS UNDER MY NOSE CANCER REMOVED AND SEWED UP.  ALSO ANOTHER MOHS SURGERY ON MY NOSE WITH A SKIN GRAFT.  I HAVE TO GO TO THE DERMOTOGIST EVERY TWO MONTHS AND THEY ALWAYS SEEM TO CUT AGAIN.  I NEED MY SON WITH ME AND HE NEEDS ME.  HE COULD DIE AT ANY TIME AND SURGERY IS NOT AN OPTION WITH HIM, DOCTORS SAY IF THEY CUT INTO HIS LEG, THE CLOT COULD BREAK OFF AND GO STRAIGHT TO HIS HEART OR LUNGS.

ANNETTE CURRY    2912 Field St. Ft. Worth, TX 76117  817-832-5058

*Asked for new lawyer on 8-8-15*

*Just want truth and fairness, please*



NORTH TEXAS TX PDC
DALLAS TX 750
03 AUG 2015 PM 7 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 AUG 10 AM 11: 07
CLERK OF COURT

Reed O'Connor
501 West 10th
Room 201
Fort Worth, TX 76102

76102364051

Anne HeCurry
2012 Field St
Ft Worth TX 76117