UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:15-CR-151-O |
| | § | |
| JERRY CURRY | § | |

<u>O R D E R</u>

Defendant appears to have caused a letter to be filed in this case. *See* ECF No. 260. Based on the foregoing, counsel for Curry shall meet in person with Curry by 4:00 p.m. on August 21, 2015, for the purpose of discussing with Curry the concerns expressed in the letter. Following this meeting, counsel shall file a report with the Court, by 4:00 p.m. on August 28, 2015, providing the Court with information concerning the time and date when the meeting occurred, the length of the meeting, and whether Curry's concerns, as expressed in the letter, were resolved as a result of the meeting or how the Court should proceed based on the assertions made in the letter. At the beginning of the meeting counsel shall deliver to Curry a copy of this order.

Signed this 12th day of August, 2015.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**