4:15-cr-151-0 (08)

## JPS HEALTH NETWORK

1500 South Main St
Fort Worth TX 76104
Phone: 817-702-1215
Fax: 817-927-1697

RECEIVED AUG 13 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

July 30, 2015

Jerry Curry
2912 Field St
Haltom City TX 76117

Dear Jerry:

Our records indicate that you are due for an appointment in the Coumadin Clinic for an INR check.

It is important that the appointment is rescheduled immediately. Please call us as soon as possible at (817) 702-1215 between the hours of 8:00 AM and 4:30 PM, Monday through Friday.

Coumadin/Warfarin/Anticoagulant therapy must be monitored closely. Our main concern is your safety. We cannot continue to provide you with a medicine that could be Harmful. **Please contact us immediately.**

Sincerely,

Cefaretti, Michelle, PHARMD

Connect yourself on My Chart! Check your lab results, e-mail your doctor's office, cancel and view future appointments, view past office visit information, request refill medications and monitor your ongoing health conditions on-line. All this information is at your fingertips 24 hours a day. Register today at JPSHealthNet.org using your activation code found in your After Visit Summary (AVS) from the last visit.
If you have any questions concerning this letter or need to schedule an appointment, please contact your healthcare provider at 817-702-1100.

---

*Handwritten annotations:*

If Jerry's blood is not monitored regularly, he will die.

If blood is too thick, just as when I saw him in Weatherford jail and called lawyer, Henry Clark and Chad Guckert. I told them his leg had big red splotches and was very swollen and painful. Chad said he was getting his meds, Coumadin and blood pressure medicine. If true, his leg would not have been in the condition as when I saw him. Not a true statement I would say. When I called Henry Clark, he had seen his leg also.

If the blood too thin, and he gets cut or bruised, he will bleed to death internally or externally as the case might be.

If too thick as above, blood cannot get by the blood clot and leg could turn black and have to be removed.

I always take him to JPS for this check of his blood. I am not responsible now.

Mother of Jerry
Annette Curry
2912 Field St
Ft Worth TX 76117
817-832-5058

Asking for new lawyer and copies of his treatment.

Annette Curry
2412 Field St
Ft Worth Tx 76117

Reed O'Connor
501 West 10th
Room 201
Fort Worth TX 76102

7610236405:

NORTH TEXAS TX PDC
DALLAS TX 750
11 AUG 2015 PM 1 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 AUG 13  AM 11:04
CLERK OF COURT



Special Olympics WORLD GAMES LOS ANGELES 2015