"(State launches review of safety standards at Jails)" — Fort Worth Star Telegram, Aug 19, 2015

August 18, 2015
4:15-CR-151-O(08)

I am enclosing just of bills and treatment to place in his JERRY CURRY files.

To inform you of his medical condition.

The lawyers, Jim Adler and Assoc. has a huge stack of bills and treatment for 5 years. He presented them to the Judge at the SSI hearing which is now in appeal.

I want to go on record as informing you again of his condition.

I am the one who always took him to the Hospital, Emergency rooms and blood checks at JPS. He lives with me.

You are now in charge of his medical issues, I can do nothing now. I am not responsible at this time.

I have asked for another lawyer per Jerry Curry, my son.

I get no information.   Anita Curry

Thank you

817-832-5058    Annette Curry
2912 Field Street
Fort Worth TX 76117

RECEIVED AUG 21 2015 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**one advantage**

One Advantage, LLC
f/k/a Firstsource Advantage, LLC
PO BOX 025437
MIAMI, FL 33102-5437
800-645-4382

Statement Date: 08/07/15
Client: JPS Health Network
Patient: Jerry Curry
Treatment Date(s): 02/24/15 - 02/24/15
Client Acct. Number: 060001700378
Account Number: 44707676
Balance: $156.60
Settlement Offer: $125.28

Office Hours (Eastern Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 7:00 P.M.
FRIDAY 8:00 A.M. - 5:00 P.M.

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

We have changed our name from Firstsource Advantage, LLC to One Advantage, LLC.

The above referenced account has been placed with One Advantage, LLC for collection. In an effort to resolve this matter, our client has authorized us to settle the account for 80% of the balance, provided the full settlement amount is received by us within 45 days of the date of this letter. Simply remit $125.28 to be received by us by 09/21/15 and your account will be considered settled in full. The offer does not apply to prior payments on your account(s).

One Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid within 45 days from date of this letter, this account will not be reported.

Please send your payment to the remit address shown below. The client account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account. Please call our office at 800-645-4382.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Page 1 of 2

**PARA ESPAÑOL SIGUENTE PAGINA**

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

0005662/11335

One Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166   MC0319

44707676   IF PAYING BY CREDIT CARD, FILL OUT BELOW.

□ VISA   □ MasterCard   □ DISCOVER

/ Indicar Tarjeta

Numero de tarjeta                                           Codigo

Firma                                                        Fecha de Exp

PO BOX 025437
MIAMI, FL 33102-5437

| STATEMENT DATE Fecha | PAY THIS AMOUNT Pague esta Cantidad | ACCOUNT # La Cuenta # |
|---|---|---|
| 08/07/15 | $125.28 | 060001700378 |

Si estás pagando con tarjeta credito, llene el espacio correspondiente arriba.   SHOW AMOUNT PAID HERE $

ADDRESSEE:

MED-15219/MC0319- 213530221190  11335/0005662/0025

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

REMIT TO:

JPS Health Network
PO Box 916046
Fort Worth, TX 76191

MC0319

# RADIOLOGY ASSOCIATES OF NORTH TEXAS

**Go Green**
Pay Online | Update Info
www.radntx.com

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ADJ | INSUR. PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| Patient: JERRY CURRY | | | | | | Referred By: JEFFREY J. LINK | |
| | | | | Services Were Provided at: CHS WEATHERFORD REG MEDICAL CTR ER | | | |
| 07-08-15 | 70450 | 1 | CT HEAD/BRAIN W/O DYE | 157.00 | | 0.00 | 157.00 |
| 07-24-15 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 12994938) | | | | |
| 07-08-15 | 72125 | 1 | CT NECK SPINE W/O DYE | 199.00 | | 0.00 | 199.00 |
| 07-24-15 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 12994939) | | | | |
| 07-08-15 | 70486 | 1 | CT MAXILLOFACIAL W/O DYE | 212.00 | | 0.00 | 212.00 |
| 07-24-15 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 12994940) | | | | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $568.00 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|---|---|
| Upon Receipt | $568.00 |

RADIOLOGY ASSOCIATES OF NORTH TEXAS
PO BOX 1723
INDIANAPOLIS, IN 46206-1723
877-718-5728

**If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts.**

When you provide a check as payment, you authorize
us either to use information from your check to make a
one-time electronic fund transfer from your account or to
process the payment as a check transaction.

| Patient Statement For: JERRY L CURRY | **Statement Date** |
|---|---|
| | 08/08/15 |
| | **Account Number** |
| | 177281-QRATC-RA |

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

RADIOLOGY ASSOCIATES OF NORTH TEXAS
PO BOX 1723
INDIANAPOLIS, IN 46206-1723




## EZ Ways To Pay...

JERRY L CURRY
2912 FIELD ST
HALTOM CITY TX 76117-4454

**@ Online** www.radntx.com

**Automated Attendant** 877.718.5728 (24 hours a day)

For Payments Please Call: 888.965.1678  For Billing Questions Please Call: 877.718.5728

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| 177281-QRATC-RA | $568.00 | 08/08/15 | Upon Receipt |



## STATEMENT

### Account Summary

| | |
|---|---|
| Account Number | 177281-QRATC-RA |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 568.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 568.00 |

See Detail on Back

## New & Improved Online Experience

### Go Green
www.radntx.com
**Pay Online | Update Info**

Gain the power to pay your bill or update your information at your convenience 24 hours a day. This not only benefits the environment it benefits you and your time!

### Insurance Information

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.radntx.com

**PRIMARY**

| | |
|---|---|
| Insurance | JPS SELF PAY |
| Group/Plan | |
| ID Number | 33262478 |

**SECONDARY**

| | |
|---|---|
| Insurance | |
| Address | |
| City/State/Zip | |
| Group/Plan | |
| ID Number | |

### About Your Statement

**Our records indicate there is still an outstanding balance on this account. You may make a payment online. If you have insurance and your statement does not reflect your insurance information or that the claim has been filed please go online and make sure we have your correct insurance information. You can also call our automated phone system 24 hours a day at the number listed above to make a payment or update your insurance. Thank you!**

**See Statement Details on Back** ➡

105827-68

---

RADIOLOGY ASSOCIATES OF NORTH TEXAS
PO BOX 1723
INDIANAPOLIS, IN 46206-1723

Patient Name: JERRY CURRY
Invoice Number: 3692392
Billing Questions: 1.877.718.5728

JERRY L CURRY
2912 FIELD ST
HALTOM CITY TX 76117-4454

105827 - 68

### *Amount Due!*

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 08/08/15 | $568.00 | 177281-QRATC-RA |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE  $

**MAKE CHECKS PAYABLE / REMIT TO:**

RADIOLOGY ASSOCIATES OF NORTH TEXAS
PO BOX 1723
INDIANAPOLIS, IN 46206-1723

036923920005680000000177281RATC7

Pay Online: www.radntx.com

101955

0006

**Questcare Medical Services PA**
PO Box 201611
Dallas TX 75320-1611

| CHECK/CREDIT CARD USING FOR PAYMENT AS FILLED OUT BELOW | | | |
|---|---|---|---|
| ☐ MasterCard | ☐ VISA | ☐ DISCOVER | ☐ AMERICAN EXPRESS |

| CARD NUMBER | | SECURITY CODE |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/08/2015 | N000321871 | $425.00 |

AMOUNT PAID

Office Hours: 8:00am - 5:00pm CST
Phone: 972/758-3598  Toll Free: 866/728-4816

Visit our Website to Pay by Credit Card Online
https://qc37.qmacsmso.com

QMACS037

MAKE CHECK PAYABLE & REMIT TO:

201  1 AV 0.391 *2                00201

JERRY L CURRY
2912 Field St
+  Haltom City  TX  76117-4454

Questcare Medical Services PA
PO Box 201611
Dallas  TX  75320-1611

QMACS037-0427845-0000201-4675488-001-000614-#000235-0006       ←DETACH HERE→       AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ABOVE.                USING THE RETURN ENVELOPE ENCLOSED

| DATE | PATIENT | DESCRIPTION OF SERVICES | CHARGE | PAY/ADJ | BALANCE |
|---|---|---|---|---|---|
| 05/14/15 | JERRY L CURRY | SELMAN DO | | | |
| | | ED VISIT; MOD COMPLEX | $425.00 | | |
| | | Visit Totals | $425.00 | $0.00 | $425.00 |

*A discount of 75% is available to patients with no insurance who pay the balance in full within 60 days.*
*Please call our office or visit us online to pay your balance using discount code 1337950 to take advantage of the discount.*

** If you have insurance information or believe there is an error, contact QMACS at the number below. **
You are receiving this because you have a co-insurance and/or a deductible due.

***ATTENTION*** THIS IS YOUR EMERGENCY ROOM PHYSICIAN'S BILL

*Payment Plans Available! 1-866-728-4816*

**BALANCE DUE: $425.00**

Account Number: N000321871                Statement Date: 06/08/2015

PAYMENT IS EXPECTED WITHIN    2 WEEKS OF THE
STATEMENT DATE. YOUR PROMPT PAYMENT IS
APPRECIATED.

**Questcare Medical Services PA**
PO Box 201611
Dallas TX 75320-1611

QMACS037-0427845-0000201-4675488-001-000614-#000235-0006       Phone: 972/758-3598  Toll Free: 866/728-4816   IRS# 75-2684562
BASIC 0006

**one advantage**

One Advantage, LLC
f/k/a Firstsource Advantage, LLC
PO BOX 025437
MIAMI, FL 33102-5437
800-645-4382

Statement Date: 06/08/15
Client: JPS Health Network
Patient: Jerry Curry
Treatment Date(s): 12/23/14 - 12/23/14
Client Acct. Number: 060001440025
Account Number: 44613060
Balance: $156.60
Settlement Offer: $125.28

Office Hours (Eastern Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 7:00 P.M.
FRIDAY 8:00 A.M. - 5:00 P.M.

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

We have changed our name from Firstsource Advantage, LLC to One Advantage, LLC.

The above referenced account has been placed with One Advantage, LLC for collection. In an effort to resolve this matter, our client has authorized us to settle the account for 80% of the balance, provided the full settlement amount is received by us within 45 days of the date of this letter. Simply remit $125.28 to be received by us by 07/23/15 and your account will be considered settled in full. The offer does not apply to prior payments on your account(s).

One Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid within 45 days from date of this letter, this account will not be reported.

Please send your payment to the remit address shown below. The client account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account. Please call our office at 800-645-4382.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Page 1 of 2

**PARA ESPAÑOL SIGUENTE PAGINA**

0006631/13279

One Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166   MC0319

44613060  IF PAYING BY CREDIT CARD, FILL OUT BELOW:

☐ VISA   ☐ MasterCard   ☐ DISCOVER

/ Indicar Tarjeta
Numero de tarjeta                               Codigo
Firma                                           Fecha de Exp

PO BOX 025437
MIAMI, FL 33102-5437

STATEMENT DATE     PAY THIS AMOUNT     ACCOUNT #
Fecha              Pague esta Cantidad  La Cuenta #
06/08/15           $125.28              060001440025

Si estas pagando con tarjeta credito, llene   SHOW AMOUNT
el espacio correspondiente arriba.            PAID HERE

ADDRESSEE:
MED-15159/MC0319-  213522948115  13279/0006631/0032

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

JPS Health Network
PO Box 916046
Fort Worth, TX 76191

MC0319





**EOS CCA**
700 LONGWATER DRIVE
NORWELL, MA 02061

Toll Free : **1-800-256-3376**
Phone Number: **1-585-256-6060**

July 15, 2015

**Office Hours:**
Monday - Thursday:    8:00 AM - 9:00 PM  ET
Friday:               8:00 AM - 5:00 PM  ET
Saturday:             8:00 AM - 12:00 PM ET

## NOTICE OF COLLECTION PLACEMENT

**RE:**
Your Account with our Client: **JPS HEALTH NETWORK**
Client Reference #: **060000977933**
Agency Account #: **13376676**
Service Provider, if different from Client:
Patient: **Jerry Curry**
Date of Service for the Principal charge: **08/26/14**

| | |
|---|---|
| Principal: | $ 4412.00 |
| Interest: | $ 0.00 |
| Fees/Coll Costs: $ | 0.00 |
| Other Accounts: $ | 0.00 |
| **Total Due:** | **$ 4412.00** |

The amount due represents an overdue balance for medical services rendered by the provider noted above. This is a demand for payment of your debt. We urge you to remit payment to our office, unless you dispute this debt.

If you believe your insurance is responsible for the balance noted, please complete the insurance information on the reverse side of this notice and return <u>the entire notice</u> to us in the enclosed envelope.

If mailing your payment, please detach the coupon below and include with your payment in the enclosed envelope. Please complete the reverse side of the coupon if you wish to pay your bill with your credit card by mail.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus.

To make a payment by touch tone phone, on the web or by credit card, please see reverse side.

Si usted necesita hablar con un representante en español, por favor llamemos al 1-800-256-3376.

### PLEASE SEE REVERSE SIDE FOR IMPORTANT RIGHTS

DAL-13376676-19-071515-304-GEN-00758-

✂ Detach Bottom Portion And Return With Payment ✂

PO BOX 981002
BOSTON, MA 02298-1002



| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| 13376676 | 060000977933 | $4412.00 |
| Client : JPS HEALTH NETWORK | | |

FORWARD SERVICE REQUESTED

PERSONAL & CONFIDENTIAL
00758

**MAIL ALL PAYMENTS AND CORRESPONDENCE TO:**

JERRY CURRY
2912 FIELD ST
HALTOM CITY TX  76117-4454



EOS CCA
PO BOX 981025
BOSTON, MA 02298-1025

# COMPUTER CREDIT, INC.

CLAIM DEPT 009640 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

July 10, 2015

070 CS7000     16312
Jerry Curry
2912 Field St
Haltom City, TX 76117-4454

**CREDITOR DETAIL / Detalles de el acreedor**

JPS Health Network

You may call Customer Service: 817-920-6704
Office Hours: Monday - Friday 8:00 am - 4:00 pm

GUAR ID#     510626386

PAST DUE AMOUNT:
BALANCE ATRASADO:   $156.60

Dear Jerry Curry:

After repeated attempts to encourage you to pay your long overdue account with JPS Health Network, there is still an outstanding balance. This is our final letter. Computer Credit, Inc. is a debt collector and a member of ACA International, the Association of Credit and Collection Professionals. Any information obtained as a result of this notice will be used for the purpose of attempting to collect this debt. We expect payment of the amount due stated above.

Después de varios intentos de pedirle que pague su deuda muy atrasada con JPS Health Network, aún hay un saldo pendiente. Este es nuestro aviso final. Computer Credit, Inc. es una agencia de cobro de deudas y miembro de ACA International, la Asociacion de Profesionales de Credito y Cobranzas. Esperamos que usted pague la cantidad atrasada que esta indicada arriba.

*C. Jordan*

C. Jordan
Director of Operations

*Partial payments will not stop the collection process. You may call the creditor to discuss financial arrangements.*

*Los pagos parciales no detienen el proceso de cobranza. Usted puede llamar al acreedor para consultar acerca de opciones de convenios de pago.*

---

To pay securely
www.informationcci.com   OR    Toll free: 1-855-SELFPAY
Para pagar de manera segura      (1-855-735-3729)

Reference Number
7868 3105 5640
Numero de referencia

*Return this portion with your payment*
*Regrese esta parte con su pago*

**IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW**

☐ VISA    ☐ MasterCard    ☐ DISCOVER

| CARD NUMBER | EXP DATE |
| SECURITY CODE | AMOUNT |
| SIGNATURE | |
| PRINT CARDHOLDER'S NAME | |
| BILLING ADDRESS | BILLING ZIP CODE |

**SI PAGA CON TARJETA DE CREDITO, POR FAVOR LLENE AQUI**

Computer Credit, Inc.
0786831056     S7000   Z=16312   16312

GUARANTOR    Jerry Curry
PATIENT         Jerry Curry
GUAR ID#       510626386
AMOUNT DUE   $156.60

*You may make check payable to:*
*Usted puede hacer el cheque a nombre de:*

JPS Health Network
PO Box 916046
Ft. Worth, TX 76191-6046

**Questcare Medical Services PA**
PO Box 201611
Dallas TX 75320-1611

| | | | |
|---|---|---|---|
| ☐ MasterCard | ☐ VISA | ☐ DISCOVER | ☐ AMERICAN EXPRESS |

CARD NUMBER                              SECURITY CODE

NAME ON CARD (PLEASE PRINT)              EXP. DATE

SIGNATURE                                AMOUNT

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 07/09/2015 | N000321871 | $425.00 |

Office Phone:   972/758-3598
Toll Free:      866/728-4816

Visit our Website to Pay by Credit Card Online
www.qmacsmso.com

Amount Remitted: _____

980  1 AV 0.391 *5                    00980
JERRY L CURRY
2912 Field St
Haltom City TX 76117-4454

Questcare Medical Services PA
PO Box 201611
Dallas TX 75320-1611

QMACS137-0431808-0000980-4736895-001-000365-#001045-0015

PLEASE RETURN TOP PORTION WITH PAYMENT

Dear JERRY L CURRY:

This correspondence shall serve as FORMAL NOTICE to you that your account N000321871 with us is delinquent.

The balance of $425.00 for the Emergency Room Physician/Provider's services is your responsibility.

Please remit payment in full for $425.00 before further collection activities occur.

It is imperative that you resolve this matter. If you believe there has been an error, or misunderstanding concerning this overdue amount, please call our office immediately at 972/758-3598.

If we do not hear from you within 10 (TEN) days, your account may be sent to an outside collection agency.

Questcare Medical Services PA

Office Phone:   972/758-3598           Account Code:  QMACS137
Toll Free:      866/728-4816           Account #:     N000321871
Office Hours:   8:00am - 5:00pm CST    Amount Due:    $425.00

QMACS137-0431808-0000980-4736895-001-000365-#001045-0015

QM-RCP-SP 0015

(Vea por favor el lado inverso para una explicación en Español)



Centered in Care
**Powered by Pride**

| Date | Description | Charges | Pmts/Adjs | Patient Balance |
|---|---|---|---|---|
| Acct #60002143395 Curry,Jerry | | | | |
| Outpatient | | | | |
| JPS FAMILY HEALTH | | | | |
| Cefaretti,Michelle | | | | |
| Jun 08, 2015 | Laboratory | 81.00 | | |
| | Total Patient Adjustments | | 32.40 | |
| | Totals | 81.00 | 32.40 | $48.60 |
| | Patient Balance | | | $48.60 |

* indicates the account is on a payment plan



| Account Information | |
|---|---|
| Statement Date | 07/19/15 |
| Account ID | 510626386 |
| Total Charges | 81.00 |
| Insurance Payments/Adjustments | 0.00 |
| Patient Payments/Adjustments | -32.40 |
| Patients Total Balance | $48.60 |
| Amount Due By 08/13/15 | $48.60 |

Thank you for choosing JPS Health Network!

### Pay by Mail

Complete the form below and return in the enclosed envelope.

### Pay by Phone

Call (817) 920-6704
8:00 am to 4:00 pm Monday through Friday.

### Pay Your Bill Online

To conveniently make payments, schedule appointments, view test results, and more!
https://jpsmychart.jpshealth.org/jpsmychart/
**Activation code:**

Need an activate code? Please contact customer service.

*Detach the bottom portion to return with your payment.*

[ ] My address or insurance information has changed. (See back)


JPS Health Network
PO Box 901064
Fort Worth, Texas 76101-2064



| Card Type (Circle) | VISA | | DISCOVER |
|---|---|---|---|
| Card # | | EXP Date: | |
| Signature: | | Amount $ | |
| Account # 510626386 | | Statement Date: 07/19/15 | |
| Patient Name: Curry, Jerry | | Amount Enclosed $ | |


JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454


JPS Health Network
PO Box 916046
Fort Worth, Texas 76191-6046



| Account Information | |
|---|---|
| Statement Date | 04/30/15 |
| Account ID | 510214042 |
| Total Charges | 1,414.00 |
| Insurance Payments/Adjustments | 0.00 |
| Patient Payments/Adjustments | -565.60 |
| Patients Total Balance | $848.40 |
| Amount Due By 05/25/15 | $848.40 |

Thank you for choosing JPS Health Network!

### Pay by Mail
Complete the form below and return in the enclosed envelope.

### Pay by Phone
Call (817) 920-6704
8:00 am to 4:00 pm Monday through Friday.

### Pay Your Bill Online
my chart

To conveniently make payments, schedule appointments, view test results, and more!

https://jpsmychart.jpshealth.org/jpsmychart/
**Activation code: FMKE2-YXGD2**

Need an activate code? Please contact customer service.

*Detach the bottom portion to return with your payment.*



# firstsource

Firstsource Advantage, LLC
PO BOX 025437
MIAMI, FL 33102-5437
800-645-4382
*(Firstsource Advantage, LLC is not affiliated with 1st Source Bank)*

Statement Date:        05/01/15
Client:                JPS Health Network
Patient:               Jerry Curry
Treatment Date(s):     12/09/14 - 12/09/14
Client Acct. Number:   060001416287
Account Number:        44541090
Balance:               $156.60
Settlement Offer:      $125.28

Office Hours (Eastern Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 7:00 P.M.
FRIDAY 8:00 A.M. - 5:00 P.M.

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

The above referenced account has been placed with Firstsource Advantage, LLC for collection. In an effort to resolve this matter, our client has authorized us to settle the account for 80% of the balance, provided the full settlement amount is received by us within 45 days of the date of this letter. Simply remit $125.28 to be received by us by 06/15/15 and your account will be considered settled in full. The offer does not apply to prior payments on your account(s).

Firstsource Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid within 45 days from date of this letter, this account will not be reported.

Please send your payment to the remit address shown below. The client account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account. Please call our office at 800-645-4382.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Page 1 of 2

0010750/21656

**PARA ESPAÑOL SIGUENTE PAGINA**

Firstsource Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166    MC0319

44541090

PO BOX 025437
MIAMI, FL 33102-5437

☐ VISA    ☐ MasterCard    ☐ DISCOVER

Numero de tarjeta                                                        Codigo

Firma                                                                    Fecha de Exp

Fecha           Pague esta Cantidad        La Cuenta #
05/01/15            $125.28                060001416287

Si estas pagando con tarjeta credito, llene
el espacio correspondiente arriba.

MED-15121/MC0319-   213518688568   21656/0010750/0046

JERRY CURRY
2912 FIELD ST
HALTOM CITY, TX 76117-4454

JPS Health Network
PO Box 916046
Fort Worth, TX 76191

MC0319

Annette Curd
2412 Field Street
Fort Worth TX 76117

Reed O'Connor
501 West 10th
Room 201
Fort Worth TX 76102

