4:15 cr-151-0

AUGUST 24, 2015

RECEIVED

AUG 2 6 2015

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, Annette Curry, mother of Jerry Curry Jr. in the Federal Correction Inst, Jail Portion.

49711-177

I have asked for information to no avail. We have asked for another lawyer. Still no information.

I have filled out visitation forms but have not received anything back so I cannot visit and talk to him.

His letter to me:

1. He was Federal prisoner held in Jail in Weatherford, TX

2. Attacked by another inmate, video available

3. They? Knowingly released information to the other inmate and that he would retaliate and he was not on Jerry's case

4. They? lied and said Jerry was going to testify against, so he attacked Jerry.

5. Jerry has blood clot in his leg and now has a scarred forehead from the attack.

6. Facial injuries, broken bone in nose, perm. scar.

7. The lawyer laughed and made fun of it

8. The person involved had already attacked another inmate.

I need information, if not possible, let me at least know where to go next.

Annette Curry

2912 Field St.          817-832-5058

Fort Worth, Tx 76117

( Friday Aug 21, 2015  Star Telegram
" hearings, no doubt some of those sheriffs will be called
on to testify about their jail, AND SO WILL THEIR CRITICS"

2412 Field St.
Ft. Worth Tx 76117

RECEIVED
DISTRICT COURT

2015 AUG 26   AM 10: 37

CLERK OF COURT

Reed O'Connor
501 West 10th
Room 201
Fort Worth Tx 76102

7610236405i

NORTH TEXAS TX P&DC
DALLAS TX 750
24 AUG 2015 PM 9 L

