UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | DOCKET NO. 4:15-CR-151-0 |
| | ) | THE HONORABLE REED O'CONNOR |
| JERRY CURRY | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Henry J. Clark, Jr., Attorney for Defendant responds to the following order dated August 12, 2015. I met with Mr. Curry at the Federal Correctional Institution, Fort Worth on August 18, 2015. Our meeting lasted approximately ten (10) minutes. I read the order to Mr. Curry. I also read the letter from his mom that was filed with the court. Mr. Curry indicated that his personal thoughts were that I did not have his "personal interest" during this representation. He indicated that I "didn't give him any options". I tried to discuss, explain, and work out the concerns of Mr. Curry and Mr. Curry indicated that he did not want to talk about it.

Therefore, the issues in the letter were not resolved and request that the court schedule a hearing to determine the status of representation.

Respectfully submitted,

**/S/ Henry J. Clark, Jr.**
Henry J. Clark, Jr.
Texas State bar no. 24085838
300 Throckmorton St. Suite 500
Fort Worth, TX 76102
Tel no. 817-832-7074
jmeesqtx@gmail.com