1

RECEIVED
SEP 10 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:15-cr-151-8

TUESDAY SEPT. 8, 2015

I AM ANNETTE CURRY, MOTHER OF JERRY CURRY WHO IS AT THE FCI IN FORT WORTH IN THE JAIL PORTION.

I HAVE WRITTEN YOU BEFORE BUT I HAVE LEARNED SOME INFORMATION, FINALLY.

ON FRIDAY, September 4, I RECEIVED A PHONE CALL FROM A LADY NAMED, MOLLY, DID NOT UNDERSTAND THE LAST NAME. SHE WAS VERY NICE AND SHE IDENTIFIED HERSELF AS A PROBATION PERSON. SHE HAD VISITED WITH JERRY AND WAS COMPARING INFORMATION WITH ME.

NOW, I UNDERSTAND HE WILL GO TO PRISON. I DID NOT KNOW THAT.

I AM ASKING YOU THAT HE BE KEPT WHERE HE IS NOW. I AM 78 years OLD AND CANNOT TRAVEL FAR TO VISIT HIM.

I AM VERY CONCERNED ABOUT WHAT HAPPENED TO HIM IN THE JAIL AT WEATHERFORD. HE IS A FEDERAL PRISONER, I UNDERSTAND. HE WAS ATTACKED BY ANOTHER INMATE AFTER BEING INTERVIEWED BY THE DA. THE INMATE WAS TOLD THAT JERRY WAS GOING TO TESTIFY AGAINST HIM.

2

That was a lie and Jerry knew nothing about that. So, the inmate was returned to the same cell with Jerry and hit him in the head, causing Jerry to go to the hospital to get sewed up. He has a blood clot in his leg, is on Comudin blood thinner and blood went everywhere, including his eyes. Fractures were on his nose and cheeks. After speaking with some other law folks, they say the inmate should never been returned to the same cell.

Video shows Jerry just standing there.

Now, I have learned a lot.

I refer you to page 12A, Star-Telegram dated September 8, "The goal is to put enough pressure on people to cooperate and go after the key players. They basically want everyone to feel the squeeze, so that they would rather cooperate than face trial."

That is what is happening here.

I spoke with Wendell Thompson on Thursday, 8-27. He said he believed Jerry was getting medical. I asked "Do you believe or know." I say to you, his eye is blurry, hard to see out of and they say he has an eye appointmen, but not yet have they done that over two months now.

3

AGAIN, YOU HAVE OUR HISTORY. I BELIEVE ONCE A PERSON HAS SERVED HIS TIME, THAT SHOULD BE CLOSED. HE HAS ALREADY PAID THAT PRICE.

PLEASE SEE THAT JERRY CAN STAY CLOSE. I REALLY NEED HIM.

HE WILL HAVE TO STAY ON HIS MEDICATIONS AND BE CHECKED WEEKLY. LAST WEEK THEY HAD TO ADJUST THE COUMADIN (BLOOD THINNER) PER THE DOCTORS. HE MAY LIVE SEVERAL YEARS OR 5 MINUTES.

I HAVE ASKED TO SIGN PAPER TO RELEASE HIS MEDICAL RECORDS TO ME. I SIGN SUCH EACH TIME I HAVE DOCTOR VISITS MYSELF. I CANNOT SEEM TO GET HELP. A SMART REMARK WAS MADE TO ME BY WENDELL THOMPSON CONCERNING BEING THE SAME AGE AS JERRY, DOES NOT MATTER. HE, JERRY, CAN SIGN TO RELEASE ALL HIS RECORDS TO ME. COMMON PRACTICE.

Thank you
Annette Curry
2912 Field St
Ft Worth Tx 76117
817-832-5058

I KNOW YOU PROBABLY ARE NOT INTERESTED IN SOME OF THIS, JUST LETTING YOU KNOW WHAT HAS HAPPENED

> ...nesses," she said.
> "The goal is to put enough pressure on people to cooperate and go after the key players," she continued. "They basically want everyone to feel the squeeze, so that they would rather cooperate than face trial."

Ft Worth STAR TELEGRAM
Sept 8, 2015

SAME THING HAPPENING HERE.

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 SEP 10  PM 12: 03

CLERK OF COURT

NORTH TEXAS TX 760
DALLAS TX 750
09 SEP 2015 PM 10 L

REED D'CONNOR
501 W 10th ST
Room 201
FORT WORTH, TX 76102

75102-354051
15044051

2912 Field St
Ft Worth TX 76117