IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     PLAINTIFF, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-0151-O |
| | § | |
| JERRY CURRY, | § | |
|     DEFENDANT. | § | |

# **ORDER**

Defendant's sentencing hearing is reset to 9:00 am on October 15, 2015.

Signed this 9th day of October, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**